UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM LABOR KOROMA., <br><br> Petitioner, <br><br> v. <br><br> MERRICK GARLAND, et al.,, <br><br> Respondents. | No. 1:25-cv-00046-SKO (HC) <br><br> **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED** <br><br> [FORTY-FIVE DAY DEADLINE] |

      Petitioner has filed a petition for writ of habeas corpus challenging his indefinite detention by the United States Bureau of Immigration and Customs Enforcement ("ICE").

      Petitioner is a native and citizen of Sierra Leone. Petitioner states he has been continuously detained by ICE since approximately May 11, 2023, and received a final order of removal on May 21, 2024. He states he has been in ICE custody for more than six months since his removal order became final.

      Petitioner contends that his detention pursuant to 8 U.S.C. § 1231(a)(2) has exceeded the six-month presumptive period set forth in Zadvydas v. Davis, 533 U.S. 678 (2001), that his continued detention is no longer reasonable, that Respondent has been unable to effect his removal to Sierra Leone, that there is no "significant likelihood" of such removal in the "reasonably foreseeable future," and therefore that his ongoing detention is indefinite and violates his substantive and procedural due process rights under the Due Process Clause of the Fifth

Amendment of the United States Constitution.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2). Respondent SHALL INCLUDE a copy of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within FORTY-FIVE (45) days of the date of service of this order. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h). As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse. All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **January 13, 2025**               /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE