**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IBRAHIM LABOR KOROMA,<br><br>Petitioner,<br><br>v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br><br>Respondents. | Case No. 1:25-cv-0046 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>(Docs. 6, 9) |

Ibrahim Labor Koroma is a former immigration detainee proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting his prolonged detention following a final removal order violated statutory obligations under 8 U.S.C. § 1231(a)(6) and his constitutional rights. (Doc. 5.) Respondents moved to dismiss the petition, reporting travel documents for removal were obtained for Petitioner. (Doc. 6.) While the motion remained pending, Petitioner was removed from the United States. (Doc. 7.)

The assigned magistrate judge found the petition is now moot, and recommended Respondents' motion to dismiss be granted. (Doc. 9.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 21 days. (*Id.* at 2.) Due to Petitioner's removal from the United States, the U.S. Postal Service returned the document as "Undeliverable, RTS, Not in Custody, Released" on May 12, 2025. Respondents did not file any objections.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 5, 2025 (Doc. 9) are **ADOPTED** in full.
2. Respondents' motion to dismiss (Doc. 6) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED** as moot.
4. The Clerk of Court is directed to enter judgment and close the case.
5. A certificate of appealability is not required in the event an appeal is filed.[1]

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  **June 3, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).